IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NATHALIE HUBERT-TOUSSAINT, | § § § | No. 269, 2020 |
| Defendant Below, Appellant, | § § § | |
| v. | § § § | Court Below–Superior Court of the State of Delaware |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION, | § § § | C.A. No. K19L-03-014 |
| Plaintiff Below, Appellee. | § § § | |

Submitted: December 15, 2020
Decided: January 11, 2021

# **ORDER**

It appears to the Court that, on December 1, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant, Nathalie Hubert-Toussaint, to show cause why her appeal should not be dismissed for her failure to file an opening brief and appendix. Hubert-Toussaint received the notice to show cause on December 4, 2020. A timely response to the notice to show cause was due on or before December 14, 2020. Hubert-Toussaint has not responded to the notice to show cause, nor has she filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice